IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    CASE NO. 4:07CR00153  JMM

KENNETH LYLE CLEMENTS

ORDER

The United States' motion to dismiss the indictment against Kenneth Lyle Clements is granted (#15).   The charges and forfeiture allegation against the defendant as set forth in the June 6, 2007 indictment are dismissed pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED this  20   day of February, 2008.

_____
James M. Moody
United States District Judge